**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN THE MATTER OF THE SEARCH OF:**

**EIGHTEEN U.S. POSTAL PARCELS LOCATED AT THE WASHINGTON GENERAL MAIL FACILITY, WASHINGTON, DC**

**Mag. No. ____________________**

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**FOR A SEARCH WARRANT FOR U.S. MAIL PARCELS**

Your Affiant, Mikel Brancato, United States Postal Inspector, Washington DC, being duly sworn, hereby deposes and states as follows:

**I. Subject Parcels.**

1. This is an Affidavit submitted in support of an Application for a Search Warrant for eighteen (18) subject U.S. Mail Parcels, hereinafter "Subject Parcels," or "SP." These Subject Parcels are currently located at the Washington General Mail Facility, in Washington, DC, 20066. Those Subject Parcels are specifically identified as follows:

| *Subject Parcel* | *Express (E) or Priority (P) and Tracking ID number* | *From: Name and Address* | *To: Name and Address* |
|---|---|---|---|
| 1. | (E) EL 056 009 133 US | Keneia Williams<br>1135 N. Highland Ave<br>Los Angeles CA 90038 | African Ancestry Inc<br>5414 Connecticut Ave NW 297<br>Washington, DC 20015 |
| 2. | (E) EE 221 330 405 US | Jose Aquilera<br>2842 Thoreau St<br>Inglewood, CA 90303 | Jonas Tuason<br>300 Taylor St ne apt L41<br>Washington DC 20017 |
| 3. | (E) EE 226 343 621 US | Adam Levine<br>4785 Fair Ave<br>Oakland, CA 94619 | Sarah Heinz<br>124 Webster St N.W.<br>#13A<br>Washington, DC 20011 |

| | | | |
|---|---|---|---|
| 4. | (P) 9505 5265 4002 8213 1384 96 | Mynette Hilton<br>4500 Truscell Road<br>Natomas CA 95834 | Marie Hilton<br>5627 7th Street NW<br>Washington, DC 20011 |
| 5. | (P) 9505 5141 4514 8234 2839 23 | Todd Baker<br>7039 N Harrison Ave<br>Fresno, CA 93650 | Nathan Thomas<br>1238 Queen ST NE APT 1<br>Washington, DC 20002 |
| 6. | (P) 9505 5134 9354 8234 1719 42 | A+K Labels Inc<br>3177 Glendale Blvd<br>Los Angeles CA 90039 | Anthony Lamont<br>1424 Chapin St NW #305<br>Washington DC 20009 |
| 7. | (P) 9405 5102 0088 1821 8216 25 | Postal Annex + #4033<br>Customer of Postal Annex<br>13023 NE Hwy 99 Suite 7<br>Vancouver, WA 98686 | Michael Monke<br>201 I ST SW APT 112<br>Washington DC 20024-4215 |
| 8. | (P) 9505 5139 1047 8233 2688 98 | Kien Johnson<br>Portland Oregon | Kirk Johnson<br>1160 1st ST N.E.<br>Apt P.H. 22<br>Washington, DC 20002 |
| 9. | (P) 9505 5158 1337 8233 2271 59 | Sherman Wagner<br>4311 Honduras St<br>Los Angeles, CA 90011 | N. Wagner<br>3334 Ames St NE<br>Washington, D.C 20019 |
| 10. | (P) 9505 5142 4752 8233 2133 55 | Nelly Benitez<br>3323 Los Flores<br>Lynwood, CA 90262 | Stephanie Ewens<br>2511 Q ST NW<br>Washington, D.C. 20007 |
| 11. | (P) 9505 8065 6746 8233 0200 10 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 12. | (P) 9505 8065 6746 8233 0200 27 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |

| | | | |
|---|---|---|---|
| 13. | (P) 9505 8065 6746<br>8233 0200 03 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon<br>Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 14. | (P) 9505 8065 6746<br>8232 0198 24 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon<br>Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1135 |
| 15. | (P) 9505 8065 6746<br>8232 0198 31 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon<br>Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 16. | (P) 9505 8065 6746<br>8232 0198 17 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon<br>Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 17. | (P) 9505 8065 6746<br>8233 0199 91 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon<br>Blvd #1086<br>Canoga Park, CA 91303 | Jonas Tuson<br>300 Taylor ST<br>APT 41L NE<br>Washington, DC 20017-1503 |
| 18. | (P) 9505 8065 6746<br>8233 0199 84 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon<br>Blvd #1086<br>Canoga Park, CA 91303 | Jonas Tuson<br>300 Taylor ST<br>APT 41L NE<br>Washington, DC 20017-1503 |

## II. Affiant's Training and Experience

2. Your Affiant, Mikel Brancato, has been a United States Postal Inspector since February 2012 and has completed 12 weeks of basic investigative training in Potomac, Maryland, which included various aspects of federal law enforcement including the investigation of narcotics-

related offenses. Your affiant has participated in investigations involving possession with intent to distribute and distribution of controlled substances. Your affiant has participated in interdictions, controlled deliveries, seizures, and search warrants which resulted in criminal arrest and prosecution. As a result of your Affiant's training and experience, your Affiant is aware that Priority Mail Express and Priority Mail services are regularly used by narcotic traffickers to ship controlled substances and bulk cash through the U.S. Mail.

3. Based upon my training and experience in the field of narcotic interdiction through the mails, I know that there are suspicious characteristics common to many packages that contain narcotics, controlled substances or the proceeds thereof (i.e. U.S. currency). These factors, more fully detailed below, are used to identify packages requiring further investigation. In the case of this search warrant, several of these factors were identified for the eighteen (18) packages, and the packages were alerted to by the drug detection canine. The most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

a. *Contrasts observed between legitimate business parcels and drug parcels*: As an alternative to First Class Mail (which does not provide a customer with the capability to track the progress of a parcel through the system), the U.S. Postal Service offers Priority Mail Express and Priority Mail. Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight. (That deadline is determined at the time of mailing.) The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at the other end or not. Customers can track the parcel online by its distinct Priority Mail Express tracking number. The weight of the package and the distance traveled are the two main factors in setting the price. Priority Mail Express costs more than Priority Mail. Priority Mail has a delivery service standard of 1-3 business days, but delivery within that time period is

not guaranteed. Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel. Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing. In contrast, the drug distributor will pay for the cost of mailing the package at the counter by using cash or a credit card. Business Priority Mail Express parcels typically weigh no more than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds. Drug packages typically exceed these weights. Address labels on business parcels are typically typed, whereas those on drug packages are typically hand written. In your affiant's experience, it is fairly easy to separate out smaller parcels, which constitute 70% to 80% of all Priority Mail Express and Priority Mail parcels, from other, heavier parcels. Typically, drug traffickers use Priority Mail Express, and will opt out of the requirement of obtaining a signature upon delivery.

b. *Invalid Sender/Return Address*: When drugs are shipped through the mail, the senders generally do not want them back. To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false. A fictitious or false address is anything from an incorrect zip code, to a non-existent house number or street. The name of the sender is also typically invalid in one of several ways. Your affiant has seen packages sent by persons with names of celebrities, cartoon characters, or fictional names. More often a search of a law enforcement database reflects that there is no association between the name of the sender and the address provided.

c. *Invalid Recipient/Address*: It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not actually associated with the receiving address. This allows the person receiving the package to claim that they did not know about its contents. Sometimes drug packages are addressed to vacant properties with the

expectation that the postal carrier will just leave it at the address. The intended recipient will then retrieve it from that location and hope to remain anonymous.

d. *Location of Sender*: The fact that a package was sent from narcotics source states such as Arizona, California, Texas, Nevada, Washington, Colorado, Puerto Rico and Florida (among others, including countries such as China, Netherlands, and various African nations) can also indicate that the parcel contains controlled substances.

e. *Smell*: The odor of cocaine, marijuana, and methamphetamine are distinct, and through experience Postal Inspectors are familiar with these odors. On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine. Other smells that suggest that a parcel may contain narcotics include the aroma of masking agents. Common masking agents used in an attempt to thwart detection by law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

f. *Heavy Taping*: Heavily taped parcels are another factor that will suggest a drug parcel, because narcotics parcels are heavily taped in an effort to keep the smell inside and to forestall easy checking on the interior contents by lifting up a flap. For this reason, your affiant has also observed excessive glue on the flaps of narcotics parcels as well.

g. *Click-N-Ship*: The U.S. Postal Service created Click-N-Ship as a service for frequent mailers and businesses who prefer printing address labels and purchasing postage from their residence or business. Drug traffickers create Click-N-Ship accounts as a means of giving a legitimate appearance to their drug mailings. They create the accounts using fictitious account information and often provide pre-paid credit cards as a means of payment, which are difficult to track. Drug traffickers often use legitimate business return addresses in states other than California and Arizona as a means to deter detection, as these other states are not usually considered "source"

states for controlled substances. The postage labels are printed/typed, unlike the typical drug related mailing label which is handwritten.

4. It is your affiant's experience that when these factors are observed, a drug detection K-9 will likely "alert," next to the parcel, indicating that the dog has detected the presence of narcotics. As a result, these factors become a reliable way to profile the parcels being shipped every day.

5. The facts contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by me were related to me by persons with knowledge. This affidavit contains that information necessary to establish probable cause to support an application for a search warrant. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

**III. Probable Cause**

6. The following factors or suspicious characteristics are present in each of the Subject Parcels:

| ***Subject Parcel Express or Priority*** | ***From Source State/County:*** | ***Weight:*** | ***Label:*** | ***Senders name associated with address? Yes / No*** | ***Recipients name associated with address? Yes / No*** | ***Canine Alert?*** |
|---|---|---|---|---|---|---|
| 1. Express | Yes – CA | 0 lbs 5.4 ozs | Handwritten | No | No | Kayden |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. Express | Yes – CA | 2 lbs 11 ozs | Handwritten | No | No | Kayden |
| 3. Express | Yes – CA | 3 lbs 7.8 ozs | Handwritten | No | No | Kayden |
| 4. Priority | Yes – CA | 8 lbs 1.8 ozs | Handwritten | Invalid | No | Kayden |
| 5. Priority | Yes – CA | 10 lbs 3.2 ozs | Handwritten | No | No | Kayden |
| 6. Priority | Yes – CA | 3 lbs 0 ozs | Handwritten | No | Yes – First and middle name only | Kayden |
| 7. Priority | Yes – WA | 5 lbs 6.2 ozs | Handwritten | Invalid | No | Kayden |
| 8. Priority | Yes – OR | 10 lbs 12 ozs | Handwritten | Invalid | Yes | Kayden |
| 9. Priority | Yes – CA | 9 lbs 2.4 ozs | Handwritten | No | No | Kayden |
| 10. Priority | Yes – CA | 18 lbs 10.4 ozs | Handwritten | No | Invalid | Kayden |
| 11. Priority | Yes – CA | 11 lbs 11.2 ozs | Both | Yes | No | Kayden |
| 12. Priority | Yes – CA | 11 lbs 6 ozs | Both | Yes | No | Kayden |
| 13. Priority | Yes – CA | 11 lbs 12 ozs | Both | Yes | No | Kayden |
| 14. Priority | Yes – CA | 12 lbs 2.4 ozs | Both | Yes | No | Kayden |
| 15. Priority | Yes – CA | 12 lbs 0 ozs | Both | Yes | No | Kayden |
| 16. Priority | Yes – CA | 14 lbs 0.8 ozs | Both | Yes | No | Kayden |
| 17. Priority | Yes – CA | 6 lbs 15.8 ozs | Both | Yes | No | Kayden |
| 18. Priority | Yes – CA | 13 lbs 14.4 ozs | Both | Yes | No | Kayden |

7. The suspicious characteristics listed above were identified while the Subject Parcels were in the mail stream, including the use of law enforcement and other databases to make

determinations about associations between senders/recipients and the addresses listed on the parcels. Therefore, on August 24, 2018, parcels 1-3 were individually removed from the mail stream from a post office in Linthicum, MD. On August 23, parcels 8 - 18, and on August 24, parcels 4 – 7 were individually removed from the mail stream from a post office in Washington, DC. After being removed from the mail stream, all the Subject Parcels were individually placed in a secure area next to several other empty and unused boxes at the Washington General Mail Facility. On August 24, 2018, narcotic detection canine, Kayden[1] was brought forward to scan the group of boxes, which included the individual Subject Parcel and the empty and unused boxes placed around the Subject Parcel. The handler, Detective Jeff Ward (Montgomery County Police Department) observed the canine and then informed agents whether the dog alerted on the Subject Parcel. This process was repeated for each and every Subject Parcel listed above. As indicated in the chart, the drug detection dog alerted to the presence of narcotics in the Subject Parcel each and every time.

[1] "Kayden" was most recently certified in April of 2018 to alert on odors of marijuana (THC), cocaine, "crack" cocaine, heroin, ecstasy (MDMA) and methamphetamine and is trained to ensure his accuracy. Detective Jeff Ward, Montgomery County Police Department is the handler for "Kayden."

**VI. Conclusion**

8. Your affiant submits that based upon the above indicators reflected in the eighteen (18) parcels described herein, based upon my training and experience, and based upon the alert of a trained canine on each package, I believe there is probable cause that each of the above-described Subject Parcels contain narcotics or controlled substances, and thereby constitute evidence of, and contraband related to, the possession with intent to distribute controlled substances in violation of 21 U.S.C. Section 841(a)(1), and the use of a communication facility to facilitate the commission of a federal drug felony in violation of 21 U.S.C. Section 843(b).

______________________________
Mikel Brancato
United States Postal Inspector

Subscribed and sworn to before me this _____ day of August, 2018.

______________________________
G. Michael Harvey
United States Magistrate Judge

**Attachment A**

| *Subject Parcel* | *Express (E) or Priority (P) and Tracking ID number* | *From: Name and Address* | *To: Name and Address* |
|---|---|---|---|
| 1. | (E) EL 056 009 133 US | Keneia Williams<br>1135 N. Highland Ave<br>Los Angeles CA 90038 | African Ancestry Inc<br>5414 Connecticut Ave NW 297<br>Washington, DC 20015 |
| 2. | (E) EE 221 330 405 US | Jose Aquilera<br>2842 Thoreau St<br>Inglewood, CA 90303 | Jonas Tuason<br>300 Taylor St ne apt L41<br>Washington DC 20017 |
| 3. | (E) EE 226 343 621 US | Adam Levine<br>4785 Fair Ave<br>Oakland, CA 94619 | Sarah Heinz<br>124 Webster St N.W. #13A<br>Washington, DC 20011 |
| 4. | (P) 9505 5265 4002 8213 1384 96 | Mynette Hilton<br>4500 Truscell Road<br>Natomas CA 95834 | Marie Hilton<br>5627 7th Street NW<br>Washington, DC 20011 |
| 5. | (P) 9505 5141 4514 8234 2839 23 | Todd Baker<br>7039 N Harrison Ave<br>Fresno, CA 93650 | Nathan Thomas<br>1238 Queen ST NE APT 1<br>Washington, DC 20002 |
| 6. | (P) 9505 5134 9354 8234 1719 42 | A+K Labels Inc<br>3177 Glendale Blvd<br>Los Angeles CA 90039 | Anthony Lamont<br>1424 Chapin St NW #305<br>Washington DC 20009 |
| 7. | (P) 9405 5102 0088 1821 8216 25 | Postal Annex + #4033<br>Customer of Postal Annex<br>13023 NE Hwy 99 Suite 7<br>Vancouver, WA 98686 | Michael Monke<br>201 I ST SW APT 112<br>Washington DC 20024-4215 |
| 8. | (P) 9505 5139 1047 8233 2688 98 | Kien Johnson<br>Portland Oregon | Kirk Johnson<br>1160 1st ST N.E.<br>Apt P.H. 22<br>Washington, DC 20002 |
| 9. | (P) 9505 5158 1337 8233 2271 59 | Sherman Wagner<br>4311 Honduras St<br>Los Angeles, CA 90011 | N. Wagner<br>3334 Ames St NE<br>Washington, D.C 20019 |

| | | | |
|---|---|---|---|
| 10. | (P) 9505 5142 4752 8233 2133 55 | Nelly Benitez<br>3323 Los Flores<br>Lynwood, CA 90262 | Stephanie Ewens<br>2511 Q ST NW<br>Washington, D.C. 20007 |
| 11. | (P) 9505 8065 6746 8233 0200 10 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 12. | (P) 9505 8065 6746 8233 0200 27 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 13. | (P) 9505 8065 6746 8233 0200 03 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 14. | (P) 9505 8065 6746 8232 0198 24 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1135 |
| 15. | (P) 9505 8065 6746 8232 0198 31 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 16. | (P) 9505 8065 6746 8232 0198 17 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Niki Pufet<br>1717 20th ST<br>APT 310 NW<br>Washington, DC 20009-1115 |
| 17. | (P) 9505 8065 6746 8233 0199 91 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Jonas Tuson<br>300 Taylor ST<br>APT 41L NE<br>Washington, DC 20017-1503 |
| 18. | (P) 9505 8065 6746 8233 0199 84 | Gregg Demayo<br>Lolli and Pops<br>6600 Topanga Canyon Blvd #1086<br>Canoga Park, CA 91303 | Jonas Tuson<br>300 Taylor ST<br>APT 41L NE<br>Washington, DC 20017-1503 |